## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ASBESTOS PRODUCTS | : | Civil Action No: |
| LIABILITY LITIGATION (No. VI) | : | MDL 875 |
| | : | |
| This Document Relates to the | : | |
| cases on the attached list | : | |

## ORDER

**AND NOW**, this 17th day of January, 2013, upon consideration of Plaintiffs' "Motion To Reconsider and Clarify Order Entered November 16, 2012 Re Striking Interrogatory Answers" e.g. (Ahnert, 10-67443 Doc. 286), the responses e.g. (08-89340 Doc. 110 and 10-67443 Doc. 303) and the joinders to the responses, and for the reasons set out in the Memorandum filed this day, it is hereby **ORDERED** that:

1.      all related motions for joinder are **GRANTED**; and

2.      the Motion to Reconsider and Clarify our November 16, 2012 Order is **DENIED.**


                                        **BY THE COURT:**


                                         **/s/ David R. Strawbridge**
                                        **DAVID R. STRAWBRIDGE**
                                        **UNITED STATES MAGISTRATE JUDGE**

# CASE LIST

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Ahnert | Daniel | 10-cv-67443 |
| Austin | Richard | 08-cv-89340 |
| Brazzoni | Alfred | 11-cv-63501 |
| Connell | Daniel | 09-cv-60552 |
| Fata | Frank | 08-cv-90058 |
| Held | Donald | 10-cv-67814 |
| Jackson | Floyd | 08-cv-90263 |
| Jones | Asa | 08-cv-90132 |
| Kelley | Howard | 10-cv-67555 |
| Phillips | John | 08-cv-90122 |
| Schmidt | Donald | 08-cv-90063 |
| Schmoll | Cyril | 09-cv-61026 |
| Suoja | Oswald | 09-cv-60256 |
| Van Stippen | Joseph | 11-cv-63483 |
| Willey | Russel | 08-cv-90166 |
| Zellner | Clifford | 11-cv-66746 |